**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| AMERICAN OVERSIGHT,<br><br>*Plaintiff*,<br><br>v.<br><br>U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT, *et al*.,<br><br>*Defendants*. | ) | Case No. 26-cv-1950 (RCL) |

**DECLARATION OF SERVICE**

I, EVA MAYANJA, hereby declare as follows:

1. I am employed as a paralegal at American Oversight.

2. On June 3, 2026, American Oversight filed a complaint in the above-captioned matter in the U.S. District Court for the District of Columbia. On June 4, 2026, the Court issued signed summonses for the U.S. Attorney for the District of Columbia, the U.S. Attorney General, and Defendants U.S. Immigration and Customs Enforcement ("ICE"), U.S. Customs and Border Protection ("CBP"), and U.S. Department of Homeland Security ("DHS").

3. On June 4, 2026, I served the issued summonses and copies of the complaint and attachment(s) on the U.S. Attorney for the District of Columbia, the U.S. Attorney General, and Defendants ICE, CBP, and DHS.

4. Service was effected by email, read receipt requested, on the U.S. Attorney for the District of Columbia.

5. Service was effected by Certified U.S. Mail, First-Class, return-receipt requested on the U.S. Attorney General and Defendants ICE, CBP, and DHS.

6. According to an email confirmation response from USADC-ServiceCivil@usa.doj.gov, received on June 5, 2026, service of process was effected on the U.S. Attorney for the District of Columbia, c/o Civil Process Clerk, 555 4th Street NW, Washington, DC 20530 on June 4, 2026.

7. According to USPS Tracking, materials were delivered to the U.S. Attorney General, 950 Pennsylvania Avenue NW, Washington, DC 20530 on June 16, 2026.

8. According to USPS Tracking, materials were delivered to ICE, 500 12th Street SW, Washington, DC 20536 on June 15, 2026.

9. According to USPS Tracking, materials were delivered to CBP, 1300 Pennsylvania Avenue NW, Washington, DC 20229 on June 15, 2026.

10. According to USPS Tracking, materials were delivered to DHS, 245 Murray Lane SW, Washington, DC 20528 on June 15, 2026.

11. Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated: June 24, 2026

Eva Mayanja

Eva Mayanja